# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 468 |
| | : | |
| ORDER AMENDING RULE 801 OF THE | : | CRIMINAL PROCEDURAL RULES |
| PENNSYLVANIA RULES OF CRIMINAL | : | |
| PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 11th day of January, 2016, upon the recommendation of the Criminal Procedural Rules Committee; the proposal having been published before adoption at 44 *Pa.B*. 8011 (December 27, 2014)**,** and in the Atlantic Reporter (Third Series Advance Sheets, Vol. 104)*,* and a *Final Report* to be published with this **ORDER**:

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the amendment of Pennsylvania Rule of Criminal Procedure 801 is approved in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2016.

Mr. Justice Eakin did not participate in the decision of this matter.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.